THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GRIGSBY, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREATER SEATTLE, a Washington corporation; "DOE(S) 1-100," employees of THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREATER SEATTLE; and "CORPORATION(S) XYZ 1-100,"<br><br>                Defendants. | No. 2:22-cv-01243<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

This matter is before the Court on the Parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines submitted by the Parties on May 10, 2023. Dkt. No. 31. The Court GRANTS the Parties' Motion. After consultation with the Parties, the Court modifies the following deadlines:

    1.    Continues the deadline for the completion of discovery from June 7, 2023, to September 29, 2023;

    2.    Continues the deadline for filing dispositive motions from July 7, 2023, to October 27, 2023;

ORDER GRANTING STIPULATED
MOTION TO EXTEND DISCOVERY AND
DISPOSITIVE MOTION DEADLINES- 1
(Case No. 2:22-cv-01243-JNW)

3. Continues the deadline for filing motion in limine from October 30, 2023, to February 19, 2024;

4. Continues the deadline for the joint pretrial statement from November 6, 2023, to February 26, 2024;

5. Reschedules the pretrial conference from November 20, 2023, to March 11, 2024; and

6. Reschedules the trial, which was set to begin on December 4, 2023, to begin on March 25, 2024.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 31st day of May, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND DISCOVERY AND
DISPOSITIVE MOTION DEADLINES- 2
(Case No. 2:22-cv-01243-JNW)