THE HONORABLE JAMAL N. WHITEHEAD

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14

JAMES GRIGSBY, an individual,

                  Plaintiff,

v.

THE YOUNG MEN'S CHRISTIAN
ASSOCIATION OF GREATER SEATTLE,
DOES 1-100, CORPORATION(S) XYZ 1-
100,

                  Defendants.

Case No. 2:22-cv-01243-JNW

**STIPULATION AND ORDER OF
DISMISSAL**

Noting Date:  September 19, 2023

15
16
17
18
19
20
21
22
23

## STIPULATION

      COME NOW Plaintiff James Grigsby and Defendant The Young Men's Christian Association of Greater Seattle, by and through their attorneys of record, and hereby stipulate to the dismissal of all claims in the above-referenced matter with prejudice and without attorney's fees or cost to any party.

///

///

///

**STIPULATION AND ORDER OF DISMISSAL - 1**
Case No. 2:22-cv-01243-JNW

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

4879-0569-0753v.1 0120282-000001

1   ///

2   STIPULATED on September 19, 2023.

3   **AKW LAW, P.C.**
    *Attorneys for Plaintiff*

4
    /s/ Ada K. Wong
5   Ada K. Wong, WSBA #45936
    12055 15th Ave NE, Suite 200
6   Seattle, WA 98125
    Tel.: (206) 259-1259
7   Fax: (855) 925-9529
    Email: ada@akw-law.com

8

9   **DAVIS WRIGHT TREMAINE LLP**
    *Attorneys for Defendant*

10
    /s/ Portia Moore
11  Portia Moore, WSBA #13354
    Darrah Hinton, WSBA #53542
12  Nicholas K. Doherty, WSBA #55574
    920 Fifth Avenue, Suite 3300
13  Seattle, WA 98104
    Tel.: 206.757.8716
14  Fax: 206.757.7700
    Email: portiamoore@dwt.com
15  Email: darrahhinton@dwt.com
    Email: nicdoherty@dwt.com

16

17              **ORDER**

18  The Stipulation and Order of Dismissal is GRANTED.

19  DATED this 20th day of September, 2023.

20

21  _____
    Jamal N. Whitehead
22  United States District Judge

23

**STIPULATION AND ORDER OF DISMISSAL - 2**
Case No. 2:22-cv-01243-JNW

**AKW LAW**, P.C.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

4879-0569-0753v.1 0120282-000001